**Deny and Opinion Filed August 8, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00757-CV**

**IN RE WESLEY JONES, Relator**

**Original Proceeding from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F22-18807-Y**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Goldstein

Before the Court is relator's petition for writ of mandamus and motion for emergency relief. Relator seeks relief from the trial court's denial of his request to call a witness at relator's examining trial. Relator's petition fails to comply with the rules concerning the requirements for filing a petition for writ of mandamus. *See* TEX. R. APP. P. 52.3(j). Accordingly, we deny relator's request for mandamus relief. *See In re Butler*, 270 S.W.3d 757, 758 (Tex. App—Dallas 2008, orig. proceeding);

*see also Lizcano v. Chatham*, 416 S.W.3d 862, 863 (Tex. Crim. App. 2011)

(Alcala, J., concurring).


220757f.p05

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE